AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Campbell, Levin H | U.S. Court of Appeals | 04/24/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge, Senior Status | ☐ Nomination, Date <br> ☐ Initial ☒ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2005 to 12/31/2005 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| John Jos Moakley US Courthouse <br> 1 Courthouse Way, Suite 6720 <br> Boston, MA 02210 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Overseer | USS Constitution Museum, Boston, MA |
| 2. Council Member | Massachusetts Historical Society, Boston, MA |
| 3. Co-Trustee | Trust No. 2 |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2005 MAY 11 A 11: 54 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, Levin H | 04/24/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, Levin H | 04/24/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X]  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, Levin H | 04/24/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Trust #1 | F | Dividend | P1 | T | | | | | |
| 2. -Coca-Cola | | | | | | | | | |
| 3. -Emerson Electric | | | | | | | | | |
| 4. -Hewlett Packard | | | | | | | | | |
| 5. -Hubbell, Inc. | | | | | | | | | |
| 6. -Merck & Co. | | | | | | | | | |
| 7. -Quimby Country | | | | | | | | | |
| 8. -Schlumberger Ltd. | | | | | | | | | |
| 9. -Scudder Intmed Tax/Amt Free CL S Fund (Mut Fund) | | | | | | | | | |
| 10. -Scudder Tax Exempt Cash Inst (Mutual Fund) | | | | | Total Sale | 6/1 | M | A | See VIII |
| 11. -Dreyfus Tax Exempt Cash Instl. Sh. | | | | | Buy | 6/1 | M | | See VIII |
| 12. -Vanguard Intl. Growth Portfolio (Mutual Fund) | | | | | | | | | |
| 13. -Time Warner | | | | | | | | | |
| 14. -US Treas. Notes 6.25% 2/07 | | | | | | | | | |
| 15. -Travelers Ins. Recd. Annuity from deceased father's ins. | | | | | | | | | |
| 16. -Provident Mutual Life Insurance | | | | | Merger | | | | See VIII |
| 17. -Union Central Life Ins. | | | | | | | | | See VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, Levin H | 04/24/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Abbott Laboratories | | | | | | | | | |
| 19. -Federal National Mortgage Association | | | | | | | | | |
| 20. -Intel Corp. | | | | | | | | | |
| 21. -Microsoft Corp. | | | | | | | | | |
| 22. -Cisco Systems, Inc. | | | | | | | | | |
| 23. -Templeton Emerging Markets Fund (Mutual Fund) | | | | | | | | | |
| 24. -US Treas. Notes 6.0% 8/09 | | | | | | | | | |
| 25. -Agilent Technologies Inc. | | | | | | | | | |
| 26. -Transocean Sedco Forex Inc. | | | | | | | | | |
| 27. -Johnson & Johnson | | | | | | | | | |
| 28. -Pepsisco, Inc. | | | | | | | | | |
| 29. -Sunguard Data Systems | | | | | Redemption | 8/15 | K | D | See VIII |
| 30. -Alcoa | | | | | | | | | |
| 31. -Anadarko Petroleum | | | | | | | | | |
| 32. -Avery Dennison | | | | | | | | | |
| 33. -BJ's Wholesale Club | | | | | | | | | |
| 34. -Bank of America | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, Levin H | 04/24/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Cardinal Health | | | | | | | | | |
| 36. -Citigroup | | | | | | | | | |
| 37. -Constellation Brands | | | | | | | | | |
| 38. -Exxon Mobil | | | | | | | | | |
| 39. -First Data | | | | | | | | | |
| 40. -Lowes | | | | | | | | | |
| 41. -Medtronic | | | | | | | | | |
| 42. -Prologis | | | | | | | | | |
| 43. -Public Storage, Inc. | | | | | | | | | |
| 44. -Royal Dutch Shell (Was Royal Dutch Petroleum) | | | | | | | | | |
| 45. -AT&T (Formerly SBC Communications) | | | | | | | | | |
| 46. -Staples | | | | | | | | | |
| 47. -Sysco | | | | | | | | | |
| 48. -Vodafone | | | | | | | | | |
| 49. -Wells Fargo | | | | | | | | | |
| 50. -Nationwide Ins: Rec'd Annuity payments | | | | | | | | | |
| 51. -Merrill Lynch & Co. Fltg. Rate Notes 5.5080% (was 3.6978%) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, Levin H | 04/24/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. Trust #2 | G | Interest | P2 | T | | | | | |
| 53. -Harbor Small Cap Value Fund Instl. Cl. | | | | | Buy | 12/30 | J | | |
| 54. -Scudder Tax-Exempt Cash Inst'l Shares | | | | | Total Sale | 6/1 | N | A | See VIII |
| 55. Dreyfus Tax Exempt Cash Instl. Sh. | | | | | Buy | 6/1 | N | | See VIII |
| 56. -US Treas. Notes 5.875% 11/05 | | | | | Maturity | 11/15 | L | | See VIII |
| 57. -US Treas. Notes 6.5% 10/06 | | | | | | | | | |
| 58. -US Treas. Notes 6.25% 2/07 | | | | | | | | | |
| 59. -Gillette | | | | | Merger | 10/01 | | | See VIII |
| 60. -Pepsico | | | | | | | | | |
| 61. -Perrigo | | | | | Partial Sale | 4/14 | K | D | |
| 62. | | | | | Partial Sale | 5/9 | K | E | |
| 63. -Proctor & Gamble | | | | | | | | | |
| 64. -Exxon Mobil | | | | | | | | | |
| 65. -Schlumberger | | | | | | | | | |
| 66. -American International Group | | | | | | | | | |
| 67. -Berkshire Hathaway | | | | | | | | | |
| 68. -Cambridge Bancorp. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, Levin H | 04/24/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Citigroup | | | | | | | | | |
| 70. -Abbott Laboratories | | | | | | | | | |
| 71. -Sanofi-Aventis ADR | | | | | | | | | |
| 72. -Johnson & Johnson | | | | | | | | | |
| 73. -Pfizer | | | | | | | | | |
| 74. -Automatic Data Processing | | | | | | | | | |
| 75. -General Electric | | | | | | | | | |
| 76. -Servicemaster | | | | | | | | | |
| 77. -3M | | | | | | | | | |
| 78. -Cisco Systems | | | | | | | | | |
| 79. -Hewlett Packard | | | | | | | | | |
| 80. -Intel | | | | | | | | | |
| 81. -Microsoft | | | | | | | | | |
| 82. -S & Co Special Equities Fund | | | | | | | | | |
| 83. -S & Co Health Science fund | | | | | Partial Sale | 2/4 | N | G | |
| 84. -S & Co International | | | | | | | | | |
| 85. -Shering-Plough | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, Levin H | 04/24/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. -Mass St. Wtr. Pollutn. Abatement, 3.0% 8/1/11 | | | | | | | | | |
| 87. -US Treas. Notes 1.625% 10/05 | | | | | Sell | 4/18 | M | | See VIII |
| 88. -US Treas. Notes 3.625% 1/15/10 | | | | | Buy | 4/18 | M | | |
| 89. -Mass. St. Wtr. Poll. Abatement 3.5% 8/1/11 | | | | | Buy | 11/3 | M | | |
| 90. Bank Account, Sovereign Bank | A | Interest | K | T | | | | | |
| 91. Trust #3 | G | Interest | P3 | T | | | | | |
| 92. -Pepsico | | | | | | | | | |
| 93. -Proctor & Gamble | | | | | | | | | |
| 94. -Pfizer | | | | | | | | | |
| 95. -Johnson & Johnson | | | | | | | | | |
| 96. -Agilent | | | | | | | | | |
| 97. -Intel | | | | | | | | | |
| 98. -Automatic Data Processing | | | | | | | | | |
| 99. -Hewlett Packard | | | | | Partial Sale | 3/9 | N | G | |
| 100. -IBM | | | | | | | | | |
| 101. -Microsoft | | | | | | | | | |
| 102. -Cisco | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, Levin H | 04/24/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -General Electric | | | | | Partial Sale | 12/06 | O | G | |
| 104. -Chevron Texaco | | | | | | | | | |
| 105. -Schlumberger | | | | | | | | | |
| 106. -Citigroup | | | | | | | | | |
| 107. -American International Group | | | | | | | | | |
| 108. -Berkshire Hathaway | | | | | | | | | |
| 109. -Lynn, MA Wtr. & Swr. 3.5% 6/05 | | | | | Matured | 6/1 | N | A | |
| 110. -MA Bay Transp. Auth. 5.25% 3/06 | | | | | | | | | |
| 111. -Stoughton, MA 4.3% 2/07 | | | | | | | | | |
| 112. -Mass. St. Tpk. 5.13% 1/09 | | | | | | | | | |
| 113. -Mass. St. Hlt. 4.5% 1/10 | | | | | | | | | |
| 114. -North Andover, MA 4.5% 1/10 | | | | | | | | | |
| 115. -Fidelity Inst. Tax-Exempt Cash Port. | | | | | | | | | |
| 116. -CVS Corp. | | | | | | | | | |
| 117. -Illinois Tool Works, Inc. | | | | | | | | | |
| 118. -News Corp. Cl.B Com. | | | | | Buy | 12/06 | K | | |
| 119. -Columbia High Yield Mutual Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, Levin H | 04/24/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Century Small Cap Select (Mutual Fund) | | | | | Buy | 3/7 | M | | |
| 121. | | | | | Buy | 11/21 | J | | |
| 122. -MA St. Wtr. Poll. 3.0% 8/11 | | | | | | | | | |
| 123. -Lucent Tech | | | | | Total Sale | 3/9 | J | A | |
| 124. -Dell | | | | | Buy | 3/9 | N | | |
| 125. | | | | | Buy | 12/6 | L | | |
| 126. -Exxon Mobil Corp. | | | | | Buy | 12/6 | N | | |
| 127. -Home Depot | | | | | Buy | 12/6 | M | | |
| 128. -Staples | | | | | Buy | 3/9 | N | | |
| 129. | | | | | Buy | 12/6 | K | | |
| 130. IRA | B | Dividend | K | T | | | | | |
| 131. -Scudder Growth & Income Fund | | | | | Total Sale | 3/22 | J | A | |
| 132. -Scudder Large Cap Value Fund | | | | | | | | | |
| 133. -Scudder Money Mkt. Inst'l Shares | | | | | Total Sale | 6/1 | K | A | See VIII |
| 134. Dreyfus Instl. Cash Advantage | | | | | Buy | 6/1 | K | | See VIII |
| 135. -Scudder Income Fund | | | | | | | | | |
| 136. Bank Acct., Cambridge Trust Company | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, Levin H | 04/24/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137 ▓▓▓▓▓▓ Sherborn, Massachusetts | D | Rent | | | | | | | |

1. Income Gain Codes:      A =$1,000 or less      B =$1,001 - $2,500      C =$2,501 - $5,000      D =$5,001 - $15,000      E =$15,001 - $50,000
    (See Columns B1 and D4)      F =$50,001 - $100,000      G =$100,001 - $1,000,000      H1 =$1,000,001 - $5,000,000      H2 =More than $5,000,000
2. Value Codes      J =$15,000 or less      K =$15,001 - $50,000      L =$50,001 - $100,000      M =$100,001 - $250,000
    (See Columns C1 and D3)      N =$250,001 - $500,000      O =$500,001 - $1,000,000      P1 =$1,000,001 - $5,000,000      P2 =$5,000,001 - $25,000,000
3. Value Method Codes      P3 =$25,000,001 - $50,000,000      R =Cost (Real Estate Only)      P4 =More than $50,000,000      T =Cash Market
    (See Column C2)      Q =Appraisal      V =Other      S =Assessment
     U =Book Value      W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, Levin H | 04/24/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

10. No gain or loss on sale of Scudder fund.

11. Proceeds from sale of Scudder fund used to purchase Dreyfus fund.

16. I had been receiving annuity distributions from ██████████ insurance contract at Provident Mutual Life Insurance. In August of 2004, Nationwide Life Insurance took over Provident; thus, payments of this annuity amount (totaling $24.27 per month) are now made from Nationwide.

17. Received annuity from ██████████ insurance.

29. Sunguard was taken private in an all-cash transaction on 8/15/05.

54. No gain or loss on sale of Scudder fund.

55. Proceeds from Scudder fund used to purchase Dreyfus fund.

56. No gain or loss at maturity.

59. Gillette merged into Proctor & Gamble on 10/1/05. All Gillette shares were exchanged for Proctor & Gamble shares. No gain or loss as a result of the merger.

87. U.S. Treasury Note 1.625% sold at a loss.

133. No gain or loss on sale of Scudder fund.

134. Proceeds from Scudder fund used to purchase Dreyfus fund.

Note: All stocks listed on this report are common.

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature       Date May 9, 2006

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544
